**Arthur D. MOBLEY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

**No. 2006–3218.**

United States Court of Appeals,
Federal Circuit.

May 24, 2006.

Arthur D. Mobley, pro se.

## ORDER

The order of dismissal and the mandate dated May 22, 2006 having been issued in error,

IT IS ORDERED THAT:

(1) The order of dismissal issued May 22, 2006 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Respondent's brief is due within 21 days from the date of service of Petitioner's informal brief.